IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHARLES LIVINGSTON**                                                                          **PLAINTIFF**
**ADC #98807**

v.                                    Case No. 4:21-CV-00319-LPR

**KARRESS MANNING,** *et al*.                                                             **DEFENDANTS**

## ORDER

Plaintiff Charles Livingston filed this action *pro se* pursuant to 42 U.S.C. § 1983. (Doc. 2). Mr. Livingston also filed an Application to Proceed *In Forma Pauperis* ("Application"). (Doc. 1).

An inmate seeking *in forma pauperis* status must submit a Calculation of Initial Payment of Filing Fee sheet, prepared and signed by an authorized official of the detention facility, and "a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official" of the facility where the inmate is confined. 28 U.S.C. § 1915(a)(2). Mr. Livingston did not submit a completed affidavit. (Doc. 1). Accordingly, on June 25, 2021, the Court denied Mr. Livingston's Application as incomplete. (Doc. 3). The Court also directed Mr. Livingston either to pay the $402 filing and administrative fees **_or_** to file a complete motion to proceed IFP within 30 days. (*Id*.). Mr. Livingston was cautioned that if he did not do one or the other, his case would be dismissed without prejudice.[1] (*Id*.).

---

[1] Local Rule of the Court 5.5(c)(2), provides:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days,

A copy of the June 25, 2021 Order was mailed to Mr. Livingston at his address of record. More than 30 days have passed, and Mr. Livingston has not paid the filing fee, filed a complete application to proceed IFP, or otherwise responded to the Court's June 25, 2021 Order. Accordingly, Mr. Livingston's claims are dismissed without prejudice. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

IT IS SO ORDERED this 4th day of August, 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

the case may be dismissed without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.